Sheehan & Associates, P.C.  60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com  tel. 516.303.0552   fax 516.234.7800

September 14, 2020

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                            Re:   7:19-cv-10102-KMK
                                    Dashnau v. Unilever Manufacturing (US), Inc.

Dear District Judge Karas:

      This office, with Reese LLP, represents the plaintiffs. On September 10, 2020, plaintiffs filed their opposition to defendant's motion to dismiss the first amended complaint. The following day, defendant's counsel contacted this office regarding certain information disclosed in plaintiffs' brief. ECF No. 21. Defendant requested plaintiffs modify its opposition to defendant's motion to remove and/or edit certain statements contained therein. Plaintiffs agreed to this request. The parties request that the Court permit plaintiff leave to file its revised opposition to defendant's motion to dismiss. Thank you.

                                                          Respectfully submitted,

                                                          /s/Spencer Sheehan
                                                          Spencer Sheehan

Certificate of Service

I certify that on September 14, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan